**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case no. 09-05395 |
| Sumon K. Saha and | ) | Judge Carol A. Doyle |
| Amrita Pritam, | ) | |
| | ) | Date:  December 8, 2009 |
| Debtors. | ) | Time:  10:30 a.m. |

**TRUSTEE'S APPLICATION FOR COMPENSATION**
**AND REQUEST FOR REIMBURSEMENT OF EXPENSES**

NOW COMES BARRY A. CHATZ, Trustee herein, pursuant to 11 U.S.C. § 330, and requests $1,577.32 as compensation and $21.00 for reimbursement of expenses, $0.00 amount of which has previously been paid.

## I. COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $8,273.36.  Pursuant to 11 U.S.C. § 326, compensation should be computer as follows:

| | | |
|---|---|---|
| 25% of the First $5,000.00 | $1,250.00 | ($1,250.00 max.) |
| 10%of next $45,000.00 | $  327.32 | ($4,500.00 max.) |
| 05% of next $950,000.00 | $    0.00 | ($47,500.00 max.) |
| 03% of balance | $    0.00 | |
| TOTAL COMPENSATION | $1,577.32 | |

The total amount of compensation due Trustee is $1,577.32 according to 11 U.S.C. § 326.  Detailed time records expended on behalf of the Estate are attached hereto as Exhibit A.

.

## II. TRUSTEE'S EXPENSES

Copies – 210 @ $0.10 each                    $21.00

TOTAL EXPENSES                              $21.00


Applicant:


Date:  November 6, 2009              /s/ Barry A. Chatz, Trustee_____