# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | | Chapter 7 |
| ) | | Case no. 09-05395 |
| Sumon K. Saha and ) | | Judge Carol A. Doyle |
| Amrita Pritam, ) | | |
| ) | | **Date: December 8, 2009** |
| Debtors. ) | | **Time: 10:30 a.m.** |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bank. P. 2002(a)(6) and 2002(f)(8), please take notice that Barry A. Chatz, trustee of the above-styled estate, has filed a Final Report and the Trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

> United States Bankruptcy Court
> 219 South Dearborn Street, 7th Floor
> Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the Trustee, any party whose application is being challenged and the United States Trustee.

A hearing on the fee applications and any objection to the Final Report will be held at **10:30 a.m.** on **Tuesday, December 8, 2009** in **Courtroom 742**, United States Courthouse, **219 South Dearborn Street**, **Chicago**, **Illinois** 60604.

If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date: November 6, 2009          /s/ Barry A. Chatz, Trustee

Barry A. Chatz, Trustee
120 South Riverside Plaza
Suite 1200
Chicago, IL 60606
(312) 876-7100
(312) 876-0288 Fax
BAChatz@arnstein.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case no. 09-05395 |
| Sumon K. Saha and | ) | Judge Carol A. Doyle |
| Amrita Pritam, | ) | |
| | ) | **Hearing Date:   December 8, 2009** |
| Debtors. | ) | **Hearing Time:  10:30 a.m.** |

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 8,273.36 |
| *And approved disbursements of* | $ | 0.00 |
| *Leaving a balance on hand of* | $ | 8,273.36 |

Claims of secured creditors will be paid as follows:

| **Claimant** | **Proposed Payment** |
|---|---|
| | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| **Reason/Applicant** | **Fees** | **Expenses** |
|---|---|---|
| *Trustee:  Barry A. Chatz* | $1,577.32 | $21.00 |
| | | |
| *Appraiser:* | | |
| *Auctioneer:* | | |
| *Accountant:* | | |
| *Special Attorney for Trustee:* | | |
| *Charges:* | | |

*Fees:* _____   _____   _____

*Other:* _____   _____   _____

*Other:* _____   _____   _____

Applications for prior chapter fees and administrative expenses have been filed as follows:

| **Reason/Applicant** | **Fees** | **Expenses** |
|---|---|---|
| *Attorney for Debtor:* _____ | _____ | _____ |
| *Attorney for:* _____ | _____ | _____ |
| *Appraiser for:* _____ | _____ | _____ |
| *Auctioneer:* _____ | _____ | _____ |
| *Accountant for:* _____ | _____ | _____ |
| *Other:* _____ | _____ | _____ |
| *Other:* _____ | _____ | _____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors:

Allowed priority claims are:

| **Claim Number** | **Claimant** | **Allowed Amt. of Claim** | **Proposed Payment** |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $136,446.44 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full.  The timely allowed general (unsecured) dividend is anticipated to be 4.9 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Discover Bank | $13,542.50 | $ 662.51 |
| 000002 | Roundup Funding LLC | $ 3,658.21 | $ 178.96 |
| 000003 | PYOD LLC as Assignee of Citicorp | $23,446.78 | $ 1,147.03 |
| 000004 | PYOD LLC as Assignee of Citicorp | $20,674.79 | $ 1,011.42 |
| 000005 | FIA Card Services, NA/ Bank of America | $38,777.72 | $ 1,897.03 |
| 000006 | FIA Card Services, NA/ Bank of America | $19,968.99 | $ 976.89 |
| 000007 | FIA Card Services, NA/ Bank of America | $10,123.53 | $ 495.25 |
| 000008 | FIA Card Services, NA/ Bank of America | $ 24.46 | $ 1.20 |
| 000009 | American Express Bank FSB | $ 541.56 | $ 26.49 |
| 000010 | American Express Centurion Bank | $ 25.50 | $ 1.25 |
| 000011 | American Express Centurion Bank | $ 5,662.40 | $ 277.01 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

Date:  November 6, 2009		/s/ Barry A. Chatz, Trustee

Barry A. Chatz, Trustee
120 South Riverside Plaza
Suite 1200
Chicago, IL 60606
(312) 876-7100
(312) 876-0288 Fax
BAChatz@arnstein.com