# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case no. 09-05395 |
| Sumon K. Saha and | ) | Judge Carol A. Doyle |
| Amrita Pritam, | ) | |
| | ) | **Date:  December 8, 2009** |
| Debtors. | ) | **Time: 10:30 a.m.** |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bank. P. 2002(a)(6) and 2002(f)(8), please take notice that Barry A. Chatz, trustee of the above-styled estate, has filed a Final Report and the Trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

> United States Bankruptcy Court
> 219 South Dearborn Street, 7th Floor
> Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the Trustee, any party whose application is being challenged and the United States Trustee.

A hearing on the fee applications and any objection to the Final Report will be held at **10:30 a.m.** on **Tuesday, December 8, 2009** in **Courtroom 742**, United States Courthouse, **219 South Dearborn Street**, **Chicago**, **Illinois** 60604.

If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date:  November 6, 2009          /s/ Barry A. Chatz, Trustee


Barry A. Chatz, Trustee
120 South Riverside Plaza
Suite 1200
Chicago, IL 60606
(312) 876-7100
(312) 876-0288 Fax
BAChatz@arnstein.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re ) | Chapter 7 | |
| ) | Case no. 09-05395 | |
| Sumon K. Saha and ) | Judge Carol A. Doyle | |
| Amrita Pritam, ) | | |
| ) | **Hearing Date:   December 8, 2009** | |
| Debtors. ) | **Hearing Time:  10:30 a.m.** | |

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 8,273.36 |
| *And approved disbursements of* | $ | 0.00 |
| *Leaving a balance on hand of* | $ | 8,273.36 |

Claims of secured creditors will be paid as follows:

| **Claimant** | **Proposed Payment** |
|---|---|
| | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| **Reason/Applicant** | **Fees** | **Expenses** |
|---|---|---|
| *Trustee:  Barry A. Chatz* | $1,577.32 | $21.00 |
| | | |
| *Appraiser:* | | |
| *Auctioneer:* | | |
| *Accountant:* | | |
| *Special Attorney for Trustee:* | | |
| *Charges:* | | |

*Fees:*

*Other:*

*Other:*

Applications for prior chapter fees and administrative expenses have been filed as follows:

| **Reason/Applicant** | **Fees** | **Expenses** |
|---|---|---|
| *Attorney for Debtor:* | | |
| *Attorney for:* | | |
| *Appraiser for:* | | |
| *Auctioneer:* | | |
| *Accountant for:* | | |
| *Other:* | | |
| *Other:* | | |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors:

Allowed priority claims are:

| **Claim Number** | **Claimant** | **Allowed Amt. of Claim** | **Proposed Payment** |
|---|---|---|---|
| | | | |
| | | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $136,446.44 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full.  The timely allowed general (unsecured) dividend is anticipated to be 4.9 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Discover Bank | $13,542.50 | $ 662.51 |
| 000002 | Roundup Funding LLC | $ 3,658.21 | $ 178.96 |
| 000003 | PYOD LLC as Assignee of Citicorp | $23,446.78 | $ 1,147.03 |
| 000004 | PYOD LLC as Assignee of Citicorp | $20,674.79 | $ 1,011.42 |
| 000005 | FIA Card Services, NA/ Bank of America | $38,777.72 | $ 1,897.03 |
| 000006 | FIA Card Services, NA/ Bank of America | $19,968.99 | $ 976.89 |
| 000007 | FIA Card Services, NA/ Bank of America | $10,123.53 | $ 495.25 |
| 000008 | FIA Card Services, NA/ Bank of America | $ 24.46 | $ 1.20 |
| 000009 | American Express Bank FSB | $ 541.56 | $ 26.49 |
| 000010 | American Express Centurion Bank | $ 25.50 | $ 1.25 |
| 000011 | American Express Centurion Bank | $ 5,662.40 | $ 277.01 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.


Date:  November 6, 2009         /s/ Barry A. Chatz, Trustee


Barry A. Chatz, Trustee
120 South Riverside Plaza
Suite 1200
Chicago, IL 60606
(312) 876-7100
(312) 876-0288 Fax
BAChatz@arnstein.com

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: lhuley                Page 1 of 1                  Date Rcvd: Nov 10, 2009
Case: 09-05395                Form ID: pdf006             Total Noticed: 23

The following entities were noticed by first class mail on Nov 12, 2009.
db/jdb       +Sumon K Saha,   Amrita Pritam,   680 N. Lake Shore Dr.,   Apt. 1509,   Chicago, IL 60611-4408
aty          +Michael Bane,   Legal Helpers,   233 S. Wacker Dr.,   Suite 5150,   Chicago, IL 60606-6371
tr           +Barry A Chatz,   Arnstein & Lehr,   120 South Riverside Plaza Ste 1200,   Chicago, IL 60606-3910
13547695     +American Express,   c/o Becket and Lee,   Po Box 3001,   Malvern, PA 19355-0701
14117643      American Express Bank FSB,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
14117645      American Express Centurion Bank,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
13547696     +Bac / Fleet Bankcard,   Po Box 26012,   Greensboro, NC 27420-6012
13547697     +Bank Of America,   Nc4-105-03-14,   4161 Piedmont Pkwy,   Greensboro, NC 27410-8110
13547698     +Chase - Cc,   Attention: Banktruptcy Department,   Po Box 15298,   Wilmintgon, DE 19850-5298
13547700     +Citi,   Po Box 6003,   Hagerstown, MD 21747-6003
13547699     +Citi,   Attn: Centralized Bankruptcy,   Po Box 20507,   Kansas City, MO 64195-0507
13547701     +Citi Corp Credit Services,   Attn: Centralized Bankruptcy,   Po Box 20507,
               Kansas City, MO 64195-0507
13547702      Citi Mortgage Inc,   Attention: Bankruptcy Department,   Po Box 79022, Ms322,
               St. Louis, MO 63179
13547703     +Direct Merchants Bank,   Card Member Services - GSC,   Po Box 5246,   Carol Stream, IL 60197-5246
14035593      FIA CARD SERVICES, NA/BANK OF AMERICA,   BY AMERICAN INFOSOURCE LP AS ITS AGENT,   PO Box 248809,
               Oklahoma City, OK 73124-8809
14033859     +PYOD LLC its successors and assigns as assignee of,   Citibank,   c/o Resurgent Capital Services,
               PO Box 19008,   Greenville, SC 29602-9008
13547707     +U Of Texas,   Attn: Claims Dept,   Po Box 9500,   Wilkes Barre, PA 18773-9500
13547708     +Unvl/citi,   Attn.: Centralized Bankruptcy,   Po Box 20507,   Kansas City, MO 64195-0507

The following entities were noticed by electronic transmission on Nov 10, 2009.
13775939      E-mail/PDF: mrdiscen@discoverfinancial.com Nov 11 2009 07:01:26      DISCOVER BANK,
               DFS SERVICES LLC,   PO BOX 3025,   NEW ALBANY, OHIO 43054-3025
13547704     +E-mail/PDF: mrdiscen@discoverfinancial.com Nov 11 2009 07:01:26      Discover Financial,
               Attention: Bankruptcy Department,   Po Box 3025,   New Albany, OH 43054-3025
13547705     +E-mail/PDF: gecsedi@recoverycorp.com Nov 11 2009 06:32:21      Gemb/banana Rep,   Po Box 103104,
               Roswell, GA 30076-9104
13547706     +E-mail/PDF: gecsedi@recoverycorp.com Nov 11 2009 07:01:52      JC Penney,
               Attention: Bankruptcy Department,   Po Box 103106,   Roswell, GA 30076-9106
13963598      E-mail/PDF: BNCEmails@blinellc.com Nov 11 2009 07:01:19      Roundup Funding, LLC,   MS 550,
               PO Box 91121,   Seattle, WA 98111-9221
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Nov 12, 2009**                              **Signature:** *Joseph Speetjens*