UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
SAHA, SUMON K § Case No. 09-05395
PRITAM, AMRITA §
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    BARRY A. CHATZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $     (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     (see **Exhibit 2**), yielded net receipts of $     from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:<br>    CHAPTER 7 ADMIN. FEES<br>    AND CHARGES<br>    (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER<br>    ADMIN. FEES AND<br>    CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED<br>    CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED<br>CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter   on                 . The case was pending for     months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____    By:/s/BARRY A. CHATZ_____
                                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Citi Mortgage Inc Attention: Bankruptcy Department Po Box 79022, Ms322 St. Louis, MO 63179 |  |  |  |  |  |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Citi Mortgage Inc Attention: Bankruptcy Department Po Box 79022, Ms322 St. Louis, MO 63179 | | | | | |
| TOTAL SECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BARRY A. CHATZ | | | | | |
| BARRY A. CHATZ | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| American Express c/o Becket and Lee Po Box 3001 Malvern, PA 19355 | | | | | |
| American Express c/o Becket and Lee Po Box 3001 Malvern, PA 19355 | | | | | |
| American Express c/o Becket and Lee Po Box 3001 Malvern, PA 19355 | | | | | |
| Bac / Fleet Bankcard Po Box 26012 Greensboro, NC 27420 | | | | | |
| Bank Of America Nc4-105-03-14 4161 Piedmont Pkwy Greensboro, NC 27420 | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Bank Of America Nc4-105-03-14 4161 Piedmont Pkwy Greensboro, NC 27420 | | | | | |
| Chase - Cc Attention: Banktruptcy Department Po Box 15298 Wilmintgon, DE 19850 | | | | | |
| Chase - Cc Attention: Banktruptcy Department Po Box 15298 Wilmintgon, DE 19850 | | | | | |
| Chase - Cc Attention: Banktruptcy Department Po Box 15298 Wilmintgon, DE 19850 | | | | | |
| Citi Attn: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64915 | | | | | |
| Citi Attn: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64915 | | | | | |
| Citi Attn: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64915 | | | | | |
| Citi Corp Credit Services Attn: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |
| Citi Po Box 6003 Hagerstown, MD 21747 | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Direct Merchants Bank Card Member Services - GSC Po Box 5246 Carol Stream, IL 60197 | | | | | |
| Discover Financial Attention: Bankruptcy Department Po Box 3025 New Albany, OH 43054 | | | | | |
| Discover Financial Attention: Bankruptcy Department Po Box 3025 New Albany, OH 43054 | | | | | |
| Gemb/banana Rep Po Box 103104 Roswell, GA 30076 | | | | | |
| JC Penney Attention: Bankruptcy Department Po Box 103106 Roswell, GA 30076 | | | | | |
| JC Penney Attention: Bankruptcy Department Po Box 103106 Roswell, GA 30076 | | | | | |
| U Of Texas Attn: Claims Dept Po Box 9500 Wilkes Barre, PA 18773 | | | | | |
| U Of Texas Attn: Claims Dept Po Box 9500 Wilkes Barre, PA 18773 | | | | | |
| U Of Texas Attn: Claims Dept Po Box 9500 Wilkes Barre, PA 18773 | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| U Of Texas Attn: Claims Dept Po Box 9500 Wilkes Barre, PA 18773 | | | | | |
| U Of Texas Attn: Claims Dept Po Box 9500 Wilkes Barre, PA 18773 | | | | | |
| Unvl/citi Attn.: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |
| AMERICAN EXPRESS BANK FSB | | | | | |
| AMERICAN EXPRESS CENTURION BANK | | | | | |
| AMERICAN EXPRESS CENTURION BANK | | | | | |
| DISCOVER BANK | | | | | |
| FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| ROUNDUP FUNDING, LLC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 09-05395 | CAD | Judge: CAROL A. DOYLE | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|---|
| Case Name: | SAHA, SUMON K | | | Date Filed (f) or Converted (c): | 02/20/09 (f) |
| | PRITAM, AMRITA | | | 341(a) Meeting Date: | 03/27/09 |
| For Period Ending: | 06/24/10 | | | Claims Bar Date: | 07/01/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL ESTATE LOCATED AT 680 N. LAKE SHORE DR., APT. | 374,000.00 | 0.00 | DA | 0.00 | FA |
| 2. CHECKING ACCOUNT WITH BANK OF AMERICA | 10.00 | 10.00 | DA | 0.00 | FA |
| 3. SAVINGS ACCOUNT WITH BANK OF AMERICA | 30.00 | 30.00 | DA | 0.00 | FA |
| 4. CHECKING ACCOUNT WITH 5TH/3RD BANK | 150.00 | 150.00 | DA | 0.00 | FA |
| 5. CHECKING ACCOUNT WITH CHASE BANK | 50.00 | 50.00 | DA | 0.00 | FA |
| 6. MISCELLANEOUS USED HOUSEHOLD GOODS | 1,750.00 | 1,750.00 | DA | 0.00 | FA |
| 7. PERSONAL USED CLOTHING | 800.00 | 800.00 | DA | 0.00 | FA |
| 8. MISCELLANEOUS COSTUME JEWELRY | 400.00 | 400.00 | DA | 0.00 | FA |
| 9. EMPLOYER - TERM LIFE INSURANCE - NO CASH SURRENDER | 0.00 | Unknown | DA | 0.00 | FA |
| 10. PENSION THROUGH EMPLOYER | 45,010.27 | 45,010.27 | DA | 0.00 | FA |
| 11. 401K THROUGH EMPLOYER | 5,832.66 | 5,832.66 | DA | 0.00 | FA |
| 12. E TRADE INVESTMENT ACCOUNT | 100.00 | 100.00 | DA | 0.00 | FA |
| 13. TAX REFUND TO BE RECIEVED 2/27/08. | 13,632.00 | 13,632.00 | DA | 8,272.00 | FA |
| 14. 2001 ACURA 3.2 TL WITH 80,000 MILES | 4,950.00 | 4,950.00 | DA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | DA | 1.67 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $446,714.93 | $72,714.93 | | $8,273.67 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

___

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR FILED 11/7/09; DISTRIBUTION MADE; WAITING FOR $0 BANK BALANCE TO FILE TDR.

Initial Projected Date of Final Report (TFR): 10/31/09   Current Projected Date of Final Report (TFR): 10/31/09

LFORM1

UST Form 101-7-TDR (9/1/2009) *(Page: 10)*

Ver: 15.09

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-05395 -CAD | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|
| Case Name: | SAHA, SUMON K | Bank Name: | BANK OF AMERICA, N.A. |
| | PRITAM, AMRITA | Account Number / CD #: | *******9913 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******2513 | | |
| For Period Ending: | 06/24/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/07/09 | 13 | SUMON SAHA AND AMRITA PRITA 680 NORTH LAKE SHORE DRIVE APARTMENT 1509 CHICAGO, IL 60611 | TAX REFUND | 1124-000 | 8,272.00 | | 8,272.00 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.12 | | 8,272.12 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.21 | | 8,272.33 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.21 | | 8,272.54 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.21 | | 8,272.75 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.21 | | 8,272.96 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.20 | | 8,273.16 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.20 | | 8,273.36 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.21 | | 8,273.57 |
| 12/16/09 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.10 | | 8,273.67 |
| 12/16/09 | | Transfer to Acct #*******0009 | Final Posting Transfer | 9999-000 | | 8,273.67 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 8,273.67 | 8,273.67 | 0.00 |
| Less: Bank Transfers/CD's | | 0.00 | 8,273.67 | |
| Subtotal | | 8,273.67 | 0.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 8,273.67 | 0.00 | |

Page Subtotals 8,273.67 8,273.67

Ver: 15.09

LFORM24

UST Form 101-7-TDR (9/1/2009) (Page: 11)

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 09-05395 -CAD | |
| Case Name: | SAHA, SUMON K | |
| | PRITAM, AMRITA | |
| Taxpayer ID No: | *******2513 | |
| For Period Ending: | 06/24/10 | |

| | | |
|---|---|---|
| Trustee Name: | BARRY A. CHATZ | |
| Bank Name: | BANK OF AMERICA, N.A. | |
| Account Number / CD #: | *******0009 BofA - Checking Account | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/16/09 | | Transfer from Acct #*******9913 | Transfer In From MMA Account | 9999-000 | 8,273.67 | | 8,273.67 |
| 12/16/09 | 003001 | BARRY A. CHATZ<br>120 S. RIVERSIDE PLAZA<br>SUITE 1200<br>CHICAGO, IL 60606 | Chapter 7 Compensation/Fees | 2100-000 | | 1,577.37 | 6,696.30 |
| 12/16/09 | 003002 | BARRY A. CHATZ<br>120 S. RIVERSIDE PLAZA<br>SUITE 1200<br>CHICAGO, IL 60606 | Chapter 7 Expenses | 2200-000 | | 21.00 | 6,675.30 |
| 12/16/09 | 003003 | DISCOVER BANK<br>DFS SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY, OHIO 43054-3025 | Claim 000001, Payment 4.89223% | 7100-000 | | 662.53 | 6,012.77 |
| 12/16/09 | 003004 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Claim 000002, Payment 4.89228% | 7100-000 | | 178.97 | 5,833.80 |
| 12/16/09 | 003005 | PYOD LLC its successors and assigns as assignee of Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Claim 000003, Payment 4.89223% | 7100-000 | | 1,147.07 | 4,686.73 |
| 12/16/09 | 003006 | PYOD LLC its successors and assigns as assignee of Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Claim 000004, Payment 4.89224% | 7100-000 | | 1,011.46 | 3,675.27 |
| 12/16/09 | 003007 | FIA CARD SERVICES, NA/BANK OF AMERICA BY AMERICAN INFOSOURCE LP AS ITS AGENT | Claim 000005, Payment 4.89227% | 7100-000 | | 1,897.11 | 1,778.16 |
| | | | Page Subtotals | | 8,273.67 | 6,495.51 | |

Ver: 15.09

LFORM24

**UST Form 101-7-TDR (9/1/2009)** *(Page: 12)*

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-05395 -CAD | | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|
| Case Name: | SAHA, SUMON K | | Bank Name: | BANK OF AMERICA, N.A. |
| | PRITAM, AMRITA | | Account Number / CD #: | *******0009 BofA - Checking Account |
| Taxpayer ID No: | *******2513 | | | |
| For Period Ending: | 06/24/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 12/16/09 | 003008 | PO Box 248809<br>Oklahoma City, OK 73124-8809<br>FIA CARD SERVICES, NA/BANK OF AMERICA<br>BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 000006, Payment 4.89224% | 7100-000 | | 976.93 | 801.23 |
| | 12/16/09 | 003009 | FIA CARD SERVICES, NA/BANK OF AMERICA<br>BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 000007, Payment 4.89227% | 7100-000 | | 495.27 | 305.96 |
| | 12/16/09 | 003010 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Claim 000009, Payment 4.89142% | 7100-000 | | 26.49 | 279.47 |
| | 12/16/09 | 003011 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Claim 000011, Payment 4.89227% | 7100-000 | | 277.02 | 2.45 |
| * | 12/16/09 | 003012 | United States Bankruptcy Court | GENERAL UNSECURED CLAIM<br>DIVIDENDS REMITTED TO THE COURT<br>FOR FAILURE TO MEET MINIMUM<br>DISBURSEMENT AMOUNT:<br>ITEM #   CLAIM #   DIVIDEND<br>---------  ------------  ----------------<br>   8         000008        1.20<br>  10        000010        1.25 | 7100-004 | | 2.45 | 0.00 |
| * | 02/25/10 | 003012 | United States Bankruptcy Court | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 7100-004 | | -2.45 | 2.45 |
| | 02/25/10 | 003013 | UNITED STATES BANKRUPTCY COURT<br>OFFICE OF THE CLERK | GENERAL UNSECURED CLAIM | 7100-000 | | 2.45 | 0.00 |

Page Subtotals       0.00       1,778.16

Ver: 15.09

LFORM24

**UST Form 101-7-TDR (9/1/2009)** *(Page: 13)*

FORM 2

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-05395 -CAD | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|
| Case Name: | SAHA, SUMON K | Bank Name: | BANK OF AMERICA, N.A. |
| | PRITAM, AMRITA | Account Number / CD #: | *******0009  BofA - Checking Account |
| Taxpayer ID No: | *******2513 | | |
| For Period Ending: | 06/24/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 219 SOUTH DEARBORN STREET CHICAGO, IL 60604 | | | | | |

```
                                         COLUMN TOTALS                   8,273.67        8,273.67           0.00
                                  Less: Bank Transfers/CD's              8,273.67            0.00
                                         Subtotal                            0.00        8,273.67
                                  Less: Payments to Debtors                                  0.00
                                         Net                                 0.00        8,273.67

                                                                                           NET        ACCOUNT
                            TOTAL - ALL ACCOUNTS             NET DEPOSITS         DISBURSEMENTS        BALANCE
       Money Market Account (Interest Earn - ********9913       8,273.67                 0.00           0.00
              BofA - Checking Account - ********0009                0.00             8,273.67           0.00
                                                              -----------------    -----------------    -----------------
                                                                8,273.67             8,273.67           0.00
                                                              =================   =================   =================
                                                             (Excludes Account   (Excludes Payments    Total Funds
                                                                Transfers)          To Debtors)          On Hand
```

Page Subtotals        0.00        0.00

Ver: 15.09

LFORM24

**UST Form 101-7-TDR (9/1/2009)** *(Page: 14)*